```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REBECCA L. ARMBRUSTER,          :    CIVIL ACTION
                                :    NO. 14-cv-3026
         Plaintiff,             :
                                :
    v.                          :
                                :
CAROLYN COLVIN,                 :
                                :
         Defendant.             :
```

## O R D E R

**AND NOW**, this 12th day of **October, 2016**, after review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell (ECF No. 21) and Plaintiff's Objections thereto (ECF No. 22), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review (EFC No. 12) is **DENIED** and his Objections to the Report and Recommendation **OVERRULED**;

3. Judgment is **ENTERED** in favor of the Commissioner of the Social Security Administration and against Plaintiff; and

4. The Clerk of Court shall mark this case **CLOSED**.

   **AND IT IS SO ORDERED.**

                    /s/ Eduardo C. Robreno
                    **EDUARDO C. ROBRENO,    J.**